-1-
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

ZUFFA, LLC d/b/a Ultimate Fighting
Championship,

                              Plaintiff,       PARTIAL
                                            **DEFAULT JUDGMENT**

            -against-

                                                 Civil Action No.
                                             7:19-CV-05523-CS

FREDERICK G. DEVITO, Individually, and as officer,
director, shareholder and/or principal of POPFRITZ
INC. d/b/a BAR 72 a/k/a BRYN MAWR TAVERN II,

and

POPFRITZ INC. d/b/a BAR 72 a/k/a BRYN MAWR
TAVERN II,

                              Defendants.

---

This action having been commenced on June 13, 2019, by the filing of the Summons and Complaint, and service of the Summons and Complaint was perfected on the Defendant, FREDERICK G. DEVITO, was sub-served by and through Emelia "Doe", Co-Resident a person of suitable age and discretion on June 25, 2019 with a copy of the Complaint and Summons, as set forth in the proof of service which was filed on July 3, 2019, via ECF No. 9; and Defendant, POPFRITZ INC., was served by delivering to and leaving with Sue Zouky, Authorized Agent in the Office of the Secretary of State of the State of New York, on July 2, 2019 with a copy of the Complaint and Summons, as set forth in the proof of service which was filed on September 23, 2019, via ECF No. 11, and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

-2-

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff be awarded damages against the Defendant~~s, jointly and severally,~~ Popfritz Inc., only in the amount of $30,000.00, plus costs and disbursements of this action in the amount of $3,572.51, amounting in all to $33,572.51, plus interest at 9% per year from October 6, 2018.

Dated: _____2/25_____, 20_20_

_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE